1044

[No. 28879-0-III.   Division Three.   January 25, 2011.]

ANDREA BARTLETT STROM, *Appellant*, v. RED LION HOTELS CORPORATION, *Respondent*.

*Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27426-8-III.   Division Three.   January 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LOUIS CANHA, *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28036-5-III.   Division Three.   January 27, 2011.]

*In the Matter of the Personal Restraint of* MICHAEL DUKE COOMBES, *Petitioner*.

*Granted* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 63444-5-I.   Division One.   January 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AZAZI YOHANNES, *Appellant*.

*Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.